**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-CV-02712

JOHN K. ELLINGTON,
individually and on Behalf of all Others
Similarly Situated,

*Plaintiff*,

v.

PARAGON 28, INC., ALBERT DACOSTA,
STEPHEN M. DEITSCH, and KRISTINA
WRIGHT,

*Defendants*.

---

**NOTICE OF RELATED CASE UNDER D.C.COLO.LCivR 3.2**

---

Pursuant D.C.COLO.LCivR 3.2, Defendants notify the Court that the following putative

investor class action complaint with "common facts and claims" and that has "at least one party in

common," was filed approximately three weeks after the current case in this Court and is assigned

to Judge Daniel D. Domenico and referred to Magistrate Judge Michael E. Hegarty:

*Tiedt v. Paragon 28, Inc. et al*, No. 1:24-cv-02898 (D. Colo.) (filed October 18, 2024).

DATED: November 14, 2024

Monica K. Loseman
Allison K. Kostecka
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642
Telephone: (303) 298-5700
Fax: (303) 323-2929
Email:  mloseman@gibsondunn.com
Email:  akostecka@gibsondunn.com

*Attorneys for Defendants Paragon 28, Inc.,
Albert DaCosta, Stephen M. Deitsch, and
Kristina Wright*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024 a true and correct copy of the foregoing **NOTICE OF RELATED CASE UNDER D.C.COLO.LCivR 3.2** was served via the ECF/PACER to counsel of record.

Monica K. Loseman