**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-02712-PAB-TPO

JOHN K. ELLINGTON, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

PARAGON 28, INC., ALBERT DACOSTA, STEPHEN M. DEITSCH, and KRISTINA WRIGHT,

      Defendants.

---

Civil Action No.: 1:24-cv-02898-DDD-MEH

NICHOLAS TIEDT, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

PARAGON 28, INC., ALBERT DACOSTA, STEPHEN M. DEITSCH, KRISTINA WRIGHT, and ERIK MICKELSON,

      Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE
RELATED ACTIONS, APPOINT NICHOLAS TIEDT AS
<u>LEAD PLAINTIFF, AND APPROVE THE SELECTION OF CO-LEAD COUNSEL</u>**

Having considered Movant's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Ellington v. Paragon 28, Inc., et al.*, No. 1:24-cv-02712-PAB-TPO and *Tiedt v. Paragon 28, Inc., et al.*, No. 1:24-cv-02898-DDD-MEH are hereby consolidated as:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re PARAGON 28, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 1:24-cv-02712-PAB-TPO <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | | |

(a)      The file in Case No. 1:24-cv-02712-PAB-TPO shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action

- 1 -

absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)    This Order is entered without prejudice to the right of any party to apply for severance of any claim or action upon a showing of good cause; and

3.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(b), Nicholas Tiedt is appointed as Lead Plaintiff;

4.    Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP and The Schall Law Firm as Co-Lead Counsel, and the Court approves his selection;

5.    Co-Lead Counsel shall have the following responsibilities and duties:

(a)    to coordinate the briefing and argument of motions;

(b)    to coordinate the conduct of discovery proceedings;

(c)    to coordinate the examination of witnesses in depositions;

(d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)    to coordinate all settlement negotiations with counsel for defendants;

(g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h)    to supervise any other matters concerning the prosecution, resolution or settlement of this action.

6.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel;

7.      Co-Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices;

8.      Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.


**IT IS SO ORDERED.**


DATED: _____, 2024

_____
THE HONORABLE TIMOTHY P. O'HARA
UNITED STATES MAGISTRATE JUDGE