## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02712-PAB-TPO

JOHN K. ELLINGTON, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

PARAGON 28, INC., ALBERT DACOSTA, STEPHEN M. DEITSCH, and KRISTINA WRIGHT,

      Defendants.

---

Civil Action No.: 1:24-cv-02898-DDD-MEH

NICHOLAS TIEDT, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

PARAGON 28, INC., ALBERT DACOSTA, STEPHEN M. DEITSCH, KRISTINA WRIGHT, and ERIK MICKELSON,

      Defendants.

---

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO
CONSOLIDATE RELATED ACTIONS, APPOINT NICHOLAS TIEDT AS
LEAD PLAINTIFF, AND APPROVE THE SELECTION OF CO-LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Nicholas Tiedt ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion to Consolidate Related Actions, Appoint Movant as Lead Plaintiff and Approve Movant's Selection of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Notice of pendency of first-filed *Ellington* class action published in *Business Wire*, a national business-oriented wire service, on September 30, 2024;

Exhibit 2:    Movant's sworn Certification;

Exhibit 3:    Chart of Movant's estimated losses;

Exhibit 4:    Movant's Declaration;

Exhibit 5:    *Tiedt v. Paragon 28, Inc.*, complaint;

Exhibit 6:    Notice of pendency of *Tiedt* class action published in *Business Wire* on October 18, 2024;

Exhibit 7:    Hagens Berman firm résumé; and

Exhibit 8:    The Schall Law Firm résumé.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of November 2024, at San Diego, California.


*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE