# EXHIBIT 3

**Loss Analysis for Nicholas Tieut - Paragon 28, Inc. (FNA)**
**Class Period 05/05/23 - 09/20/24**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 03/27/24 | 10,200 | $9.4662 | $96,555.24 | | | | | |
| Purchases | 03/28/24 | 12,000 | $9.6237 | $115,484.40 | | | | | |
| | 03/28/24 | 12,750 | $9.8066 | $125,034.15 | | | | | |
| | 04/01/24 | 10,000 | $11.0485 | $110,485.00 | | | | | |
| | 05/13/24 | 3,750 | $8.2002 | $30,750.75 | | | | | |
| | 05/13/24 | 8,000 | $8.1863 | $65,490.40 | | | | | |
| | 05/14/24 | 8,000 | $8.2560 | $66,048.00 | | | | | |
| | 05/22/24 | 6,000 | $7.7679 | $46,607.40 | | | | | |
| | 05/22/24 | 5,000 | $7.7378 | $38,689.00 | | | | | |
| | 05/28/24 | 6,000 | $7.8700 | $47,220.00 | | | | | |
| | 06/25/24 | 9,000 | $5.9882 | $53,893.80 | | | | | |
| | 06/26/24 | 13,000 | $6.0900 | $79,170.00 | | | | | |
| | 06/27/24 | 6,000 | $6.2700 | $37,620.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 109,700 | Total Amt. Paid in CP | $913,048.14 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

Actual Net Shares Acquired in CP: 109,700 (CP Retained Shares)

Net Amount Paid in CP: $913,048.14
Net Amount Paid in CP Minus Sold to Current Date: $913,048.14 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 109,700 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 109,700 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $6.89

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $755,718.73
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $755,718.73 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $157,329.41 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $157,329.41
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $157,329.41 ALTERNATIVE