# EXHIBIT 4

Docusign Envelope ID: 9E23659A-7BF2-4E29-A30B-6FE2B2C5D0F7

## DECLARATION OF NICHOLAS TIEDT IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Nicholas Tiedt, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Paragon 28, Inc. ("Paragon 28" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and approval of my selection of Hagens Berman Sobol Shapiro LLP and The Schall Law Firm as Co-Lead Counsel.  I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.     I am 39 years old.  My residence is Fairbank, Iowa.  I currently am a seed manager for an agricultural company. I earned a Bachelor's Degree.  I have approximately 10 years of experience in managing my own investment portfolio.

3.     As set forth in my certification, during the Class Period I personally purchased a substantial amount of shares of Paragon 28, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.     I have spoken with attorneys at both Hagens Berman Sobol Shapiro LLP and The Schall Law Firm about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed.  I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover.  Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5.     After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP and The Schall Law Firm would adequately serve as co-lead counsel based on their filing of a complaint on my behalf in this litigation, experience, resources, and past successes I authorized the firms to file a lead plaintiff motion on my behalf.

Docusign Envelope ID: 9E23659A-7BF2-4E29-A30B-6FE2B2C5D0F7

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.  Executed on this day of __11/26/2024__.

DocuSigned by:

*Nick Tiedt*

364710A5A98E4FA...

Nicholas Tiedt
