**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-CV-02712-PAB-TPO

JOHN K. ELLINGTON,
Individually and on Behalf of all Others
Similarly Situated,

*Plaintiff*,

v.

PARAGON 28, INC., ALBERT DACOSTA,
STEPHEN M. DEITSCH, and KRISTINA
WRIGHT,

*Defendants*.

---

**DEFENDANTS' RESPONSE TO MOTION TO CONSOLIDATE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

---

On November 29, 2024, one purported class member ("Movant") in *Ellington v. Paragon 28, Inc.*, No. 1:24-CV-02712 ("*Ellington*") moved for an order (i) appointing Movant as lead plaintiff and (ii) approving Movant's selection of co-lead counsel. ECF No. 19. At this time, Defendants take no position as to whether Movant should be appointed lead plaintiff and which law firm or firms should be appointed lead or co-lead counsel. Defendants reserve the right to challenge in the future, for example in connection with a motion for class certification, the adequacy of any proposed lead plaintiffs as a class representative.

Movant also requested that *Ellington* be consolidated with the related action *Tiedt v. Paragon 28, Inc.*, No. 1:24-CV-02898 ("*Tiedt*"). ECF No. 19. Defendants do not oppose

consolidation of *Ellington* and *Tiedt*, however, Defendants reserve all objections and rights they may have in the consolidated action. No lead plaintiff motions have been filed in the *Tiedt* action, and the deadline to file any such motion has passed.

DATE: December 20, 2024

<u>*Monica K. Loseman*</u>
Monica K. Loseman
Allison K. Kostecka
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642
Telephone: (303) 298-5700
Fax: (303) 323-2929
Email:  mloseman@gibsondunn.com
Email:  akostecka@gibsondunn.com

*Attorneys for Defendants Paragon 28, Inc.,*
*Albert DaCosta, Stephen M. Deitsch, and*
*Kristina Wright*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** was served via the ECF/PACER to counsel of record.

*Monica K. Loseman*
Monica K. Loseman