IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02712-PAB-TPO

JOHN K. ELLINGTON, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

PARAGON 28, INC., ALBERT DACOSTA, STEPHEN M. DEITSCH, and KRISTINA WRIGHT,

 Defendants.

---

Civil Action No.: 1:24-cv-02898-DDD-MEH

NICHOLAS TIEDT, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

PARAGON 28, INC., ALBERT DACOSTA, STEPHEN M. DEITSCH, KRISTINA WRIGHT, and ERIK MICKELSON,

 Defendants.

---

**NOTICE OF NON-OPPOSITION TO NICHOLAS TIEDT'S MOTION TO
CONSOLIDATE RELATED ACTIONS, APPOINT NICHOLAS TIEDT
<u>AS LEAD PLAINTIFF, AND APPROVE THE SELECTION OF CO-LEAD COUNSEL</u>**

Lead Plaintiff movant Nicholas Tiedt ("Mr. Tiedt") hereby respectfully gives notice that his motion for consolidation of the related actions, appointment as Lead Plaintiff and approval of his selection of Co-Lead Counsel (the "Motion") stands unopposed.

Based on the foregoing, and for the reasons discussed in Mr. Tiedt's previous submission (ECF Nos. 19-20), Mr. Tiedt respectfully requests that the Court grant Mr. Tiedt's Motion and enter an Order consolidating the related actions, appointing him as Lead Plaintiff and approving his selection of Hagens Berman Sobol Shapiro LLP and The Schall Law Firm as Co-Lead Counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B).

Pursuant to the Court's November 25, 2024 Order, once the Court appoints a Lead Plaintiff and Lead Counsel, counsel for all parties will meet and confer for the purpose of creating a schedule for when: (1) the Lead Plaintiff will file the amended or consolidated complaint and (2) Defendants will file their responsive pleading to that operative complaint. ECF No. 18. The parties will meet and confer and file a Joint Motion to propose the schedule, set deadlines, and set a Scheduling Conference within two weeks of the Court appointing a Lead Plaintiff and Lead Counsel. *Id.*

Dated: December 20, 2024            Respectfully submitted,

                                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                    By */s/ Lucas E. Gilmore*
                                        Lucas E. Gilmore
                                        Reed R. Kathrein
                                        715 Hearst Avenue, Suite 300
                                        Berkeley, CA  94710
                                        Telephone: (510) 725-3000
                                        Facsimile: (510) 725-3001
                                        lucasg@hbsslaw.com
                                        reed@hbsslaw.com

                                        Brian J. Schall
                                        Chris Mooney (*pro hac vice* forthcoming)

- 1 -

- 2 -

THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
chris@schallfirm.com

*Counsel for Plaintiff and Movant Nicholas Tiedt*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                              */s/ Lucas E. Gilmore*
                                                              LUCAS E. GILMORE