IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 24-cv-02712-PAB-TPO
(*Consolidated with Civil Case No. 24-cv-02898-PAB-TPO*)

---

Civil Case No. 24-cv-02712-PAB-TPO

JOHN K. ELLINGTON, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

PARAGON 28, INC.,
ALBERT DACOSTA,
STEPHEN M. DEITSCH, and
KRISTINA WRIGHT,

     Defendants.

---

Civil Case No. 24-cv-02898-PAB-TPO

NICHOLAS TIEDT, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

PARAGON 28, INC.,
ALBERT DACOSTA,
STEPHEN M. DEITSCH,
KRISTINA WRIGHT, and
ERIK MICKELSON,

     Defendants.

---

### MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 16, 2025.**

For good cause shown and noting that it is unopposed, the Parties' Joint Motion for Entry of Proposed Schedule for Filing Amended Complaint and Defendants' Response [ECF 28] is **granted**. Pursuant to the Parties' agreed-upon schedule:

1.      Lead Plaintiff (Nicholas Tiedt) shall file a consolidated amended complaint no later than **June 13, 2025**.

2.      Defendants shall answer, move against, or otherwise respond to the amended complaint on or before **August 15, 2025**.

3.      In the event Defendants move to dismiss the amended complaint, Lead Plaintiff's opposition shall be filed on or before **October 17, 2025**.

4.      Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before **November 21, 2025**.

5.      Within two weeks after the decision on the motion to dismiss, or if Defendants do not move to dismiss, within two weeks after Defendants file an answer or other response to the amended complaint, the Parties shall a joint motion to ask this Court to set the Scheduling Conference.