IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02712-PAB-TPO
     (Consolidated with Civil Case No. 24-cv-02898-PAB-TPO)

_____

Civil Case No. 24-cv-02712-PAB-TPO

JOHN K. ELLINGTON, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

PARAGON 28, INC.,
ALBERT DACOSTA,
STEPHEN M. DEITSCH, and
KRISTINA WRIGHT,

     Defendants.

_____

Civil Case No. 24-cv-02898-PAB-TPO

NICHOLAS TIEDT, individually and on behalf of all other similarly situated,

     Plaintiff,

v.

PARAGON 28, INC.,
ALBERT DACOSTA,
STEPHEN M. DEITSCH,
KRISTINA WRIGHT, and
ERIK MICKELSON,

     Defendants.

_____

**FINAL JUDGMENT**

_____

     In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

2

Pursuant to the Order [Docket No. 46] of United States District Judge Philip A. Brimmer entered on March 24, 2026, it is

ORDERED that Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint (Dkt. 32) [Docket No. 40] is GRANTED.  It is further

ORDERED that plaintiff's Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws [Docket No. 32] is DISMISSED with prejudice.  It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiffs. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: March 24, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
     Deputy Clerk

2